# Court of Appeals
# of the State of Georgia

ATLANTA,  September 25, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0013. DULUTH GEORGIA 3312 BERKELEY LAKE PROPERTIES, LLC et al. v. U. S. LUMBER GROUP, LLC.

Upon consideration of Applicants' Rule 40 (B) emergency motion for an extension of time to file an application for discretionary appeal, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/25/2018*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*